**Exhibit A to the Complaint**

**Location:** Pittsford, NY  
**Total Works Infringed:** 27  
**IP Address:** 45.46.202.129  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 0C89958EB64B58DDD06A3E81CB1C9DB98B44660F | Blacked | 07/06/2018 14:01:34 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 2 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | Vixen | 07/23/2018 20:04:56 | 07/23/2018 | 09/01/2018 | 16920689213 |
| 3 | 0B1F7B4159B25073C1B248F8E88BB5A319FC4E64 | Blacked | 09/25/2017 14:44:13 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 4 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | Tushy | 07/05/2018 16:20:00 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 5 | 14E821245ABB60266D220C52A78ED48DB0FFBD74 | Blacked | 07/27/2018 20:32:42 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 6 | 3004DD6FDD9097700B92FF546BB3F9C6F2D40153 | Vixen | 08/24/2017 14:13:09 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 7 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 12/11/2017 15:42:01 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 8 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | Vixen | 05/25/2018 13:55:51 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 9 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 01/10/2018 18:26:37 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 10 | 771BFBA9DA574E9C91CE9B46506ED89362ED6DB7 | Vixen | 06/19/2018 15:11:52 | 06/18/2018 | 06/30/2018 | 16758569382 |
| 11 | 7CF06204221C7305C3DCE975F02E7A9FD678CAFB | Vixen | 12/31/2017 02:28:37 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 12 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 01/12/2018 16:13:28 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 13 | 8A6AAA22A539A360EA9BECDB37E827DDCB9E3963 | Vixen | 07/09/2018 13:56:08 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 14 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/05/2018 13:23:20 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 15 | BBA5827A31A428BE543FFB62F7A19AB96C865BFD | Tushy | 07/05/2018 15:06:00 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 16 | BC099CEAEC847CF6DBA498C15EA9F3A80BAF4E31 | Vixen | 03/21/2018 13:09:49 | 03/20/2018 | 04/12/2018 | PA0002091523 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | BCA44F303B41E59C99F990606EDE54753FB18963 | Vixen | 05/25/2018 13:53:28 | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 18 | C1E98B8B0223C632960824F950A325A995B48A12 | Vixen | 05/08/2018 19:26:08 | 05/04/2018 | 05/19/2018 | 16665915546 |
| 19 | C5875EC9C0565050E6270015C25FCCC2AA69C496 | Vixen | 07/25/2017 03:14:05 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 20 | CBAD2DD45D6451195D89C1E48A3BF75DE2AA1C57 | Vixen | 07/30/2018 07:47:21 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 21 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 11/27/2017 03:05:33 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 22 | DDDE3C1E38BE459DA57A781AA618792652E406F3 | Vixen | 02/05/2018 22:34:44 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 23 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/11/2017 21:08:42 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 24 | E2C91D686F1089A32122D60EE586BBD81B4FFDD0 | Vixen | 11/27/2017 03:09:33 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 25 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/27/2017 04:11:22 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 26 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 02/05/2018 22:20:47 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 27 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 07/23/2018 14:01:47 | 07/21/2018 | 09/01/2018 | PA0002119592 |