UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------X
                                                       :
STRIKE 3 HOLDINGS, LLC,                                :
                                                       :   Case No. 6:18-cv-06689-EAW
                    Plaintiff,                         :
                                                       :
          vs.                                          :
                                                       :
JOHN DOE subscriber assigned IP address                :
45.46.202.129,                                         :
                                                       :
                    Defendant.                         :
-------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF SETTLEMENT AND
### VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

PLEASE TAKE NOTICE, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 45.46.202.129 ("Defendant"), through Defendant's council, Robery Cashman,  Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  January 28, 2019                     Respectfully submitted,

                                                          By:     /s/ Jacqueline M. James
                                                          Jacqueline M. James, Esq. (#1845)
                                                          The James Law Firm, PLLC
                                                          445 Hamilton Avenue, Suite 1102
                                                          White Plains, New York 10601
                                                          T: 914-358-6423 F: 914-358-6424
                                                          E-mail: jjameslaw@optonline.net
                                                          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.